# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162773(51)

JACOB TEWEL,
        Plaintiff-Appellant,

v

DOROTHY STOLL, JOSEPH R. STOLL,
ALEXIS B. STOLL, AUSTIN H. STOLL,
SPENCER N. STOLL, CHERYL N. STOLL,
and LINDSAY S. STOLL,
        Defendants-Appellees.
_____/

SC: 162773
COA: 352730
Oakland CC: 2019-173135-CZ

      On order of the Chief Justice, the motion of plaintiff-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before June 2, 2021.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2021



Clerk